**Order entered April 15, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00181-CR**

**EX PARTE NORMAN JOSEPH LANDRY**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00932-2022**

**ORDER**

Before the Court is appellant's April 12, 2022 pro se motion requesting release in the interests of justice and March 21, 2022 pro se motion to reverse extradition. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992). Accordingly, appellant's pro se motions requesting release in the interests of justice and to reverse his extradition are **DENIED** without prejudice.

/s/     BILL PEDERSEN, III
JUSTICE